**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

**IN RE:** **CASE NO.: 16-10904**

**MCCOLLUM, LEAH ASHLEY**
**DEBTOR(S)** **CHAPTER 7 CASE**

**REPLY TO RESPONSE TO OBJECTION TO CLAIMED EXEMPTIONS FOR AMENDED SCHEDULE C and MOTION FOR TURNOVER**

NOW INTO COURT, through undersigned counsel, comes the chapter 7 trustee who represents as follows:

1. **No dispute that ring has a value exceeding $5,000.** This Court should sustain the Trustee's Objection to the Debtor's claimed exemption as all parties agree that the wedding ring has a value exceeding $5,000. Under Louisiana law, if a wedding ring has a value exceeding $5,000, no portion of it is exempt. La. R.S. 13:3881(A)(5).

2. **No evidence of a valid, enforceable or properly perfected PMSI**. Contrary to the representations of the Debtor, there is no evidence to establish that any party holds a valid, enforceable or properly perfected security interest in the wedding ring.

3. **Counterclaim is not proper**. The Debtor filed a counterclaim against the Trustee seeking the entry of an order compelling him to return the ring to her (which he seized during the § 341(a) meeting of creditors). The counterclaim should be denied because it must be asserted in an adversary proceeding pursuant to Bankruptcy Rule 7001(1) which provides:

> An adversary proceeding is governed by the rules of this Part VII. The following are adversary proceedings:
> **(1)** a proceeding to recover money or property, other than a proceeding to compel the debtor to deliver property to the trustee, or a proceeding under § 554(b) or § 725 of the Code, Rule 2017, or Rule 6002;

Fed. R. Bankr. P. 7001(1).

WHEREFORE, TRUSTEE PRAYS that this Court enter an order sustaining the Objection to the claimed exemption.

Respectfully submitted,

/s/ John S. Hodge
John S. Hodge, Trustee
Bar No. 18951
P.O. Box 13
Shreveport, LA 71161-0013
(318) 226-9100

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing on the following parties:

United States Trustee
300 Fannin Street, #3196
Shreveport, Louisiana 71101

RYAN B. BROWN
THE COOK LAW FIRM
4070 HIGHWAY 80
HAUGHTON, LA 71037

MCCOLLUM, LEAH ASHLEY
229 ROSSITTER
SHREVEPORT, LA 71105

by depositing same in the United States Mail properly addressed and with sufficient postage affixed and/or by electronic mail and/or by electronic notice, and all other persons who have requested notice via the PACER/ECF/CMS system.

Shreveport, Louisiana, on August 26, 2016.

/s/ John S. Hodge
John S. Hodge, Trustee